Gregory A. Ross
Law Office of Gregory A. Ross, P.C.
4245 Kemp Blvd., Suite 308
Wichita Falls, Texas  76308
Phone: (940) 692-7800
Fax  : (940) 692-7813
State Bar No. 17302500
Attorneys for WICHITA FALLS TEACHERS FEDERAL CREDIT UNION

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## WICHITA FALLS DIVISION

| | |
|---|---|
| IN RE: | |
| STARLA ROSE JACKSON, | Case No. 20-70202-hdh-13 |
| Debtor. | Chapter 13 |

## NOTICE OF APPEARANCE
## AND REQUEST FOR SERVICE OF PAPERS

COMES NOW the undersigned and files this his Notice of Appearance and Request for Service of Papers as counsel for WICHITA FALLS TEACHERS FEDERAL CREDIT UNION ("WFTFCU"), a creditor in the above styled case.  Pursuant to Bankruptcy Rules 2002 and 9010, the undersigned respectfully requests that: (i) all notices given or required to be given in these proceedings and all papers served or required to be served in these proceedings be served upon the undersigned at the office, postal address and telephone number listed below, and (ii) the Debtor(s) and the Clerk of the Court place the foregoing name and address on any mailing matrix or list of creditors to be prepared or existing in the above numbered case.

        Respectfully submitted,

        /s/ Gregory A. Ross
        Gregory A. Ross
        State Bar No. 17302500
        Attorneys for WFTFCU

        Law Office of Gregory A. Ross, P.C.
        4245 Kemp Blvd., Suite 308
        Wichita Falls, Texas 76308
        (940) 692-7800
        FAX (940) 692-7813

## **CERTIFICATE OF SERVICE**

    I, the undersigned, do hereby certify that on September 10, 2020, a true copy of the foregoing Notice of Appearance and Request for Service of Papers was served on all parties of interest.

        /s/ Gregory A. Ross
        Gregory A. Ross